No. 97–309. AMERICAN BIBLE SOCIETY ET AL. v. RICHIE, GUARDIAN OF THE ESTATE OF PETER; and

No. 97–314. AMERICAN COUNCIL ON GIFT ANNUITIES ET AL. v. RICHIE, GUARDIAN OF THE ESTATE OF PETER. C. A. 5th Cir. Certiorari granted, judgment vacated, and cases remanded for

further consideration in light of the Charitable Donation Antitrust Immunity Act of 1997, Pub. L. 105–26, 111 Stat. 241. Reported below: 110 F. 3d 1082.